

FILED
JUN 25 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ-____ |
| | ) (Misdemeanor) |
| KAYLA E. JAMES | ) VA 19 |
| | ) |
| | ) Court Date: July 15, 2019 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
### (Misdemeanor) Ticket No. 7246242

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 6, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, KAYLA E. JAMES, recklessly drove a motor vehicle by failing to stop when approaching a properly marked school bus which was stopped on the highway for the purpose of taking on or discharging children, the elderly or mentally or physically handicapped persons and by failing to remain stopped until all persons are clear of the highway and the bus is put in motion.

(In violation of Title 18 United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 46.2-859).

G. ZACHARY TERWILLIGER<br>
UNITED STATES ATTORNEY

By: _____
JENNIFER E. BAYLES QUIRK
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
Jennifer.e.baylesquirk.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Jun 21, 2019 I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant KAYLA E. JAMES.

.

                                               /s/ Jennifer E. Bayles Quirk
                                               JENNIFER E. BAYLES QUIRK
                                               Attorney for the Government
                                               United States Attorney's Office
                                               2732 Madison Avenue
                                               Fort Eustis, Virginia 23604
                                               Phone: (757) 878-2205, ext 234
                                               Fax: (757) 878-5289
                                               Jennifer.e.baylesquirk.mil@mail.mil